# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01556-JWH(SHKx) | Date | August 23, 2022 |
| Title | *Pensmore Reinforcement Technologies, LLC v. Cornerstone Manufacturing and Distribution, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Deborah Lewman | CourtSmart |
| Deputy Clerk | ECRO |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James K. Cleland | Scott R. Brown |
| Yafeez Sohil Fatabhoy | Matthew B. Walters |

**Proceedings:   CLAIM CONSTRUCTION HEARING**

Counsel state their appearances.  Also present are Dr. Mary Vancura (Plaintiff's expert) and Fred Smith (Defendant's expert).  The Court confers with counsel.

The Court will issue a final order.

**IT IS SO ORDERED.**

Time:  02:47
Initials of Preparer: djl