| | |
|---|---|
| Mark A. Finkelstein, SBN 173851<br>    mfinkelstein@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA 92614<br>(949) 679-0052   Fax: (949) 679-0461<br><br>James K. Cleland, *pro hac vice*<br>    JCleland@dickinson-wright.com<br>(734) 436-7356<br>Christopher J. Ryan, *pro hac vice*<br>    Cryan@dickinson-wright.com<br>(734) 623-1907<br>Yafeez S. Fatabhoy, pro hac vice<br>    YFatabhoy@dickinson-wright.com<br>(248) 205-3264<br>DICKINSON WRIGHT PLLC<br>350 South Main Street, Suite 300<br>Ann Arbor, Michigan 48104<br>Fax: (844) 670-6009<br><br>*Attorneys for Plaintiff/Counterdefendant* | Tim R. Plewe, SBN 222911<br>    tplewe@lp-attorneys.com<br>Michael J. DeSantis, SBN 318679<br>    mdesantis@lp-attorneys.com<br>LOBB & PLEWE, LLP<br>4160 Temescal Canyon Road, Suite 202<br>Corona, California 92883<br>(951) 788-9410   Fax: (951) 788-0766<br><br>Scott R. Brown, SBN 151635<br>    sbrown@hoveywilliams.com<br>Matthew B. Walters, *pro hac vice*<br>    mwalters@hoveywilliams.com<br>Todd A. Gangel, *pro hac vice*<br>    tgangel@hoveywilliams.com<br>HOVEY WILLIAMS LLP<br>84 Corporate Woods<br>10801 Mastin Boulevard, Suite 1000<br>Overland Park, Kansas 66210<br>(913) 647-9050   Fax: (913) 647-9057<br><br>*Attorneys for Defendant/Counterclaimant* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSMORE REINFORCEMENT TECHNOLOGIES, LLC d/b/a HELIX STEEL,<br><br>    Plaintiff / Counterdefendant,<br><br>v.<br><br>CORNERSTONE MANUFACTURING AND DISTRIBUTION, INC.,<br><br>    Defendant / Counterclaimant. | Case No. 5:21-cv-1556-JWH-SHK<br><br>**STIPULATION TO VACATE ALL PRE-TRIAL DEADLINES AND THE TRIAL DATE IN VIEW OF PARTIES' SETTLEMENT IN PRINCIPLE** |

On August 14, the parties engaged in their fourth settlement conference with Magistrate Judge Kewalramani. Later that evening following the settlement conference, the parties reached a settlement in principle pursuant to the terms of an agreed detailed terms sheet submitted to Judge Kewalramani. (*See* Dkt. No. 147, Minutes.) In view of their settlement in principle, the parties agree and respectfully request that the Court VACATE all pre-trial deadlines and the trial date. The parties believe that their time, efforts and resources are better directed to finalizing the formal settlement agreement rather than preparing for pre-trial and trial proceedings. The parties are working to formalize a Settlement Agreement according to the following schedule:

| Date | Deadline |
| --- | --- |
| August 18, 2023 | Plaintiff to provide Defendant with Draft Exhibits to Settlement Agreement |
| August 25, 2023 | Plaintiff to provide Defendant with a draft formal Settlement Agreement |
| August 30, 2023 | Defendant to provide Plaintiff red-line of Settlement Agreement |
| September 1, 2023 | Plaintiff to provide Defendant with draft of Settlement Agreement (in red-line if necessary) |
| September 12, 2023 | Parties Execute Settlement Agreement |

**SO STIPULATED** on August 16, 2023.

1  
2  DICKINSON WRIGHT PLLC

3  By: /s/ *James K. Cleland*
James K. Cleland

4  *Attorneys for Plaintiff/Counterdefendant*

5  HOVEY WILLIAMS LLP

6  
7  By: /s/ *Scott R. Brown (with permission)*
Scott R. Brown

8  *Attorneys for Defendant/Counterclaimant*

9  
10  
11  4864-0519-9992 v1 [92120-56]
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

**Stipulation to Vacate Pre-Trial Deadlines and Trial Date**       3       5:21-cv-01556-JWH-SHK