| | |
|---|---|
| Mark A. Finkelstein, SBN 173851 | Tim R. Plewe, SBN 222911 |
|   mfinkelstein@umbergzipser.com |   tplewe@lp-attorneys.com |
| UMBERG ZIPSER LLP | Michael J. DeSantis, SBN 318679 |
| 1920 Main Street, Suite 750 |   mdesantis@lp-attorneys.com |
| Irvine, CA 92614 | LOBB & PLEWE, LLP |
| (949) 679-0052   Fax: (949) 679-0461 | 4160 Temescal Canyon Road, Suite 202 |
| | Corona, California 92883 |
| James K. Cleland, *pro hac vice* | (951) 788-9410   Fax: (951) 788-0766 |
|   JCleland@dickinson-wright.com | |
| (734) 436-7356 | Scott R. Brown, SBN 151635 |
| Christopher J. Ryan, *pro hac vice* |   sbrown@hoveywilliams.com |
|   Cryan@dickinson-wright.com | Matthew B. Walters, *pro hac vice* |
| (734) 623-1907 |   mwalters@hoveywilliams.com |
| Yafeez S. Fatabhoy, pro hac vice | Todd A. Gangel, *pro hac vice* |
|   YFatabhoy@dickinson-wright.com |   tgangel@hoveywilliams.com |
| (248) 205-3264 | HOVEY WILLIAMS LLP |
| DICKINSON WRIGHT PLLC | 84 Corporate Woods |
| 350 South Main Street, Suite 300 | 10801 Mastin Boulevard, Suite 1000 |
| Ann Arbor, Michigan 48104 | Overland Park, Kansas 66210 |
| Fax: (844) 670-6009 | (913) 647-9050   Fax: (913) 647-9057 |

*Attorneys for Plaintiff/Counterdefendant*

*Attorneys for Defendant/Counterclaimant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSMORE REINFORCEMENT TECHNOLOGIES, LLC d/b/a HELIX STEEL, <br><br> Plaintiff / Counterdefendant, <br><br> v. <br><br> CORNERSTONE MANUFACTURING AND DISTRIBUTION, INC., <br><br> Defendant / Counterclaimant. | Case No. 5:21-cv-1556-JWH-SHK <br><br> **STIPULATION TO AMEND DEADLINES SET FORTH IN DOC. 149** |

The parties participated in a settlement conference with Magistrate Judge Kewalramani on August 14, 2023. Later that evening, following the settlement conference, the parties reached a settlement in principle pursuant to the terms of an agreed detailed term sheet submitted to Judge Kewalramani. (*See* Doc. 147.) On August 16, 2023, the parties submitted a stipulation to vacate all pre-trial deadlines and the trial date to devote their time to finalizing the Settlement Agreement. (Doc. 148.)

On August 17, 2023, the Court issued a text only order vacating all dates and deadlines, and placing the case in inactive status. (Doc. 149.) The Court directed that, by October 5, 2023, the parties file documents to dismiss the case, or a motion to reopen the case if settlement has not been consummated. (*Id.*) The order stated that failure to comply would deem the action dismissed as of October 6, 2023. (*Id.*)

The parties have been working diligently on finalizing a formal settlement agreement, including exchanging multiple drafts of the settlement agreement and numerous exhibits to the settlement agreement containing detailed lists of documents to be destroyed. The parties are very close to finalizing the settlement agreement and exhibits, and continue to work closely together (including a lengthy call on October 3, 2023 with clients and attorneys), but the process of finalizing all settlement documents and exhibits is requiring more time because of the complexity of the global resolution reached by the parties. The parties request an additional 2 weeks beyond October 5, 2023 in order to finalize the settlement agreement and file a joint stipulation of dismissal with the Court.

Accordingly, the parties stipulate that the October 5, 2023 and October 6, 2023 dates in Doc. 149 be adjourned to October 19, 2023 and October 20, 2023, respectively, and further request that the Court enter an order to that effect.

1
2    **SO STIPULATED** on October 4, 2023.
3
4                                    DICKINSON WRIGHT PLLC
5                                    By: /s/ *James K. Cleland*
                                         James K. Cleland
6
                                     *Attorneys for Plaintiff/Counterdefendant*
7
8                                    HOVEY WILLIAMS LLP
9                                    By: /s/ *Scott R. Brown*
                                         Scott R. Brown
10
                                     *Attorneys for Defendant/Counterclaimant*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28