| | |
|---|---|
| Mark A. Finkelstein, SBN 173851<br>  mfinkelstein@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA 92614<br>(949) 679-0052   Fax: (949) 679-0461<br><br>James K. Cleland, *pro hac vice*<br>  JCleland@dickinson-wright.com<br>(734) 436-7356<br>Christopher J. Ryan, *pro hac vice*<br>  Cryan@dickinson-wright.com<br>(734) 623-1907<br>Yafeez S. Fatabhoy, pro hac vice<br>  YFatabhoy@dickinson-wright.com<br>(248) 205-3264<br>DICKINSON WRIGHT PLLC<br>350 South Main Street, Suite 300<br>Ann Arbor, Michigan 48104<br>Fax: (844) 670-6009<br><br>*Attorneys for Plaintiff/Counterdefendant* | Tim R. Plewe, SBN 222911<br>  tplewe@lp-attorneys.com<br>Michael J. DeSantis, SBN 318679<br>  mdesantis@lp-attorneys.com<br>LOBB & PLEWE, LLP<br>4160 Temescal Canyon Road, Suite 202<br>Corona, California 92883<br>(951) 788-9410   Fax: (951) 788-0766<br><br>Scott R. Brown, SBN 151635<br>  sbrown@hoveywilliams.com<br>Matthew B. Walters, *pro hac vice*<br>  mwalters@hoveywilliams.com<br>Todd A. Gangel, *pro hac vice*<br>  tgangel@hoveywilliams.com<br>HOVEY WILLIAMS LLP<br>84 Corporate Woods<br>10801 Mastin Boulevard, Suite 1000<br>Overland Park, Kansas 66210<br>(913) 647-9050   Fax: (913) 647-9057<br><br>*Attorneys for Defendant/Counterclaimant* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENSMORE REINFORCEMENT TECHNOLOGIES, LLC d/b/a HELIX STEEL,<br><br>  Plaintiff / Counterdefendant,<br><br>v.<br><br>CORNERSTONE MANUFACTURING AND DISTRIBUTION, INC.,<br><br>  Defendant / Counterclaimant. | Case No. 5:21-cv-1556-JWH-SHK<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to dismiss all claims and counterclaims with prejudice, with each party to bear its own fees and costs.

**SO STIPULATED** on October 19, 2023.

DICKINSON WRIGHT PLLC

By: /s/ ***James K. Cleland***
      James K. Cleland

*Attorneys for Plaintiff/Counterdefendant*

HOVEY WILLIAMS LLP

By: /s/ ***Scott R. Brown***
      Scott R. Brown

*Attorneys for Defendant/Counterclaimant*